IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONICA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-12-0287 |
| TOYOTA MOTOR CREDIT a/k/a | § | |
| TOYOTA FINANCIAL SERVICES and | § | |
| COUNTRYWIDE ASSET AND AUTO | § | |
| RECOVERY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the plaintiff's Objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. Defendant has twenty (20) days from the date of this Order to supplement its discovery with the deposition of the repossession agent.

Plaintiff's Motion to Transfer Case Back to Referring Court (Docket Entry No. 80) is **DENIED**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 6th day of September, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE