IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONICA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-12-0287 |
| TOYOTA MOTOR CREDIT a/k/a | § | |
| TOYOTA FINANCIAL SERVICES and | § | |
| COUNTRYWIDE ASSET AND AUTO | § | |
| RECOVERY, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 31, 2014, and the objections filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Joint Pretrial Order will be filed by May 9, 2014. Docket Call will be held on May 16, 2014, at 3:30 p.m. in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 24th day of April, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE