THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONICA L. DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-0287 |
| TOYOTA MOTOR CREDIT a/k/a TOYOTA FINANCIAL SERVICES, | § § § | |
| Defendant. | § § | |

## AMENDED FINAL JUDGMENT

Pursuant to the court's ruling in open court today, plaintiff Veronica L. Davis's claim for breach of peace against defendant Toyota Motor Credit is **DISMISSED WITH PREJUDICE**.

Having considered the evidence on Toyota Motor Credit's request for attorneys' fees the court **ORDERS, ADJUDGES, and DECREES** that Toyota Motor Credit recover from Veronica L. Davis the sum of $9,662.76 , together with post-judgment interest thereon at the rate of 0.10% per annum.

Costs are taxed against plaintiff, Veronica L. Davis.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 3rd day of June, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE